**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| CHARLES C. FREENY III, BRYAN E. FREENY, and JAMES P. FREENY, <br><br> Plaintiffs, <br><br> v. <br><br> ALIPHCOM d/b/a JAWBONE, | Case No. 2:16-cv-00674-JRG-RSP <br><br> CONSOLIDATED |
| BOSE CORPORATION | Case No. 2:16-cv-00668-JRG-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT AS TO DEFENDANT BOSE CORPORATION**

Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny (collectively "the Freenys") and Defendant Bose Corporation ("Bose") respectfully move the Court to stay all pending deadlines in the case as to Bose for 21 days until February 2, 2017.

The Freenys and Bose have settled, in principle, all matters in controversy between the parties and are in the process of finalizing settlement and dismissal papers for this action. The Parties therefore respectfully request the Court enter an Order staying all deadlines in this case as to Bose until February 2, 2017. A proposed order reflecting the Parties' request for a stay is filed herewith.

Respectfully submitted on this 12th day of January, 2017 by:

| | |
|---|---|
| /s/ *Jennifer L. Gilbert* | /s/ *Craig Smith* |
| **BANYS, P.C.** | Alan D Albright |
| Christopher D. Banys | State Bar No. 00973650 |
| SBN: 230038 (California) | **BRACEWELL & GIULIANI LLP** |
| Richard C. Lin | 111 Congress Avenue, Suite 2300 |
| SBN: 209233 (California) | Austin, Texas 78701 |
| Jennifer L. Gilbert | Tel:  (512) 472-7800 |
| SBN: 255820 (California) | Fax:  (512) 472-9123 fax |
| 1032 Elwell Court, Suite 100 | Email: alan.albright@bgllp.com |
| Palo Alto, CA 94303 | |
| Tel:  (650) 308-8505 | Craig Smith (admitted *pro hac vice*) |
| Fax: (650) 353-2202 | **LANDO & ANASTASI, LLP** |
| Email: cdb@banyspc.com | Riverfront Office Park |
|        rcl@banyspc.com | One Main Street – 11th Floor |
|        jlg@banyspc.com | Cambridge, MA 02142 |
| | Tel:  (617) 395-7000 |
| Local Counsel: | Fax:  (617)-395-7070 |
| | Email:  csmith@lalaw.com |
| **TRUELOVE LAW FIRM, PLLC** | |
| Kurt Truelove | ***Attorneys for Bose Corporation*** |
| Texas Bar No. 24013653 | |
| 100 West Houston | |
| P.O. Box 1409 | |
| Marshall, Texas 75671 | |
| Tel:  (903) 938-8321 | |
| Fax: (903) 215-8510 | |
| Email: kurt@truelovelawfirm.com | |

***Attorneys for Plaintiffs Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny,***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic mail.

/s/ *Jennifer L. Gilbert*
Jennifer L. Gilbert

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Charles C. Freeny III, Bryan E. Freeny, and James P. Freeny has met and conferred with counsel for Bose Corporation regarding this Joint Motion To Stay All Deadlines And Notice of Settlement As To Bose Corporation and the Parties have agreed to the requested relief and to file the motion jointly.

/s/ *Jennifer L. Gilbert*
Jennifer L. Gilbert